UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARTHA MARQUEZ | ) No. CV 13-02239-VBK |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

**IT IS HEREBY ORDERED** that the Decision of the Commissioner is affirmed.

**IT IS ALSO ORDERED** that the matter is dismissed with prejudice.

DATED: December 12, 2013          /s/
                                                                VICTOR B. KENTON
                                                                UNITED STATES MAGISTRATE JUDGE